**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YONGTAO ZOU, | No. 10-72298 |
| Petitioner, | Agency No. A078-165-845 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Yongtao Zou, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying his motion to reopen based on

ineffective assistance of counsel.  Our jurisdiction is governed by 8 U.S.C. § 1252.

We review for abuse of discretion the BIA's denial of a motion to reopen.  *Singh v.*

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Holder*, 658 F.3d 879, 885 (9th Cir. 2011). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion by denying Zou's motion to reopen as untimely because the motion was filed more than six years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Zou failed to show the due diligence necessary for equitable tolling, *see Singh*, 658 F.3d at 884.

We lack jurisdiction over Zou's contention regarding changed country conditions in China because he failed to exhaust this issue before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

Zou's motion for judicial notice is denied.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**